# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**D.B.,**

      **Plaintiff,**

**v.**                                                         **Case No:   6:13-cv-434-Orl-31DAB**

**ORANGE COUNTY, FLORIDA,**

      **Defendant.**

## ORDER

On January 29, 2015, Magistrate Judge Baker issued a Report and Recommendation with respect to Defendant's objection to Plaintiff's Bill of Costs (Doc. 170) and Defendant's Motion to Tax Costs (Doc. 171).   No objections to the Report and Recommendation have been filed; however, Plaintiff did supplement her request (Doc. 184) to which Defendant has not responded. Upon consideration thereof, it is

**ORDERED** that the Report and Recommendation is CONFIRMED and ADOPTED as part of this Order.   Defendant's Motion (Doc. 171) is DENIED.   Plaintiff's Motion (Doc. 170) is GRANTED in part, and the Clerk is directed to enter a cost judgment for Plaintiff and against Defendant in the amount of $19,793.34.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 26, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party